IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01623-MSK-BNB

STEVEN C. JACOBS, and
RHONDA JACOBS, individually and on behalf of their
minor daughter,
JANE DOE,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO AMEND (#8)
AND DENYING MOTION TO DISMISS (#3), AS MOOT**

---

THIS MATTER comes before the Court on the Plaintiffs' unopposed motion **(#8)** for leave to file a First Amended Complaint. Based thereon, the motion to dismiss the original Complaint is moot.

**IT IS THEREFORE ORDERED** that:

(1)     The motion to amend **(#8)** is **GRANTED**. The Clerk of Court is directed to file the First Amended Complaint submitted with the motion.

(2)     The Defendant's motion to dismiss **(#3)** is **DENIED**, as moot.

Dated this 3rd day of October, 2005.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____
                Marcia S. Krieger
                United States District Judge