IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01623-MSK-BNB

STEVEN C. JACOBS, and
RHONDA JACOBS, individually and on behalf of their
minor daughter,
JANE DOE,

       Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

       Defendant.

_____

**ORDER**
_____

AND NOW, this 17th day of October, 2005, upon consideration of the Stipulation to Amend Caption **(#17)** , the Clerk of Court is hereby **ORDERED** to remove **Allstate Insurance Company** as Defendant and inset **Allstate Cafeteria Plan** as Defendant in the above-captioned matter.

                                          **BY THE COURT:**

                                          _____

                                          Marcia S. Krieger
                                          United States District Judge