IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01623-MSK-BNB

STEVEN C. JACOBS, and
RHONDA JACOBS, individually and on behalf of their minor daughter
JANE DOE,

    Plaintiffs,

v.

ALLSTATE CAFETERIA PLAN,

    Defendant.

_____

**ORDER**
_____

This matter arises in connection with the settlement conference set for May 17, 2006, at 3:00 p.m. At the scheduling conference, I informed the parties that I require them to include specific offers of compromise in the confidential settlement statements submitted in anticipation of the settlement conference. I have received confidential settlement statements from both sides, and neither contains a specific offer of compromise. In addition, based on my review of the sketchy information I have received, it appears to me that a settlement conference at this time would be a waste of resources. Accordingly,

IT IS ORDERED that the settlement conference set for **May 17, 2006, at 3:00 p.m.**, is VACATED.

Dated May 15, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge