IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01623-MSK-BNB

STEVEN C. JACOBS, and
RHONDA JACOBS, individually and on behalf of their
minor daughter, and
JANE DOE,

        Plaintiffs,

v.

ALLSTATE CAFETERIA PLAN,

        Defendant.

## ORDER SETTING BRIEFING SCHEDULE AND ORAL ARGUMENT

THIS MATTER comes before the Court on the parties' Stipulation **(#51)** as to the contents of the administrative record. Based thereon, simultaneous briefing which addresses the parties respective positions on the ERISA claim at issue in this lawsuit shall be filed.

**IT IS ORDERED** that:

(1) The parties shall file opening briefs on **June 22, 2007**, and shall file response briefs on **July 20, 2007.** No reply briefs shall be filed.

(2) Oral argument will be held on **November 6, 2007** at **1:30 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Each side will be permitted 15 minutes of oral argument which should not overlap the arguments contained in the briefs.

Dated this 1st day of May, 2007

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge